Argued October 28, affirmed October 28, petition for rehearing denied November 23, 1971, petition for review denied January 11, 1972

STATE OF OREGON, *Respondent, v.*
DON DOUGLAS BARKER (No. C-59454), *Appellant.*

489 P2d 972

*Andrew F. Fink,* Portland, argued the cause for appellant. With him on the brief were Souther, Spaulding, Kinsey, Williamson & Schwabe, Portland.

*Al J. Laue,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.